WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
LOUIS H. PUGH (SBN 208555)
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, California  94111-3500
Telephone:     (415) 433-3000
Facsimile:      (415) 781-1034

CRAIG NEEDHAM (SBN 52010)
BRAD JONES (SBN 126650)
KIRSTEN FISH (SBN 217940)
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda , Suite 210
San Jose, California  95126
Telephone: (405) 244-2166
Facsimile: (408) 244-7815

ALLEN J. RUBY (SBN 047109)
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

*Attorneys for Plaintiff eCompare Corporation*

JAQCUELINE M. JAUREGUI (State Bar No. 095289)
JAMES L. NELSON (State Bar No. 181256)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

*Attorneys for Defendant Priceline.com, Inc.*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
4/14/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMPARE CORPORATION, | Case No. C 07-00236 JW |
| Plaintiff, | STIPULATION RE MODFICATION OF CASE SCHEDULE; [PROPOSED] ORDER |
| v. | |
| PRICELINE.COM INCORPORATED and DOES 1 through 10, inclusive, | (Civil L. R. 6-2) |
| Defendants. | Judge: Hon. James Ware<br>Dept.: Courtroom 8, 4th Floor |

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE (No. C07-00236 JW)
1

This Stipulation is entered into by and between Plaintiff eCompare Corporation and Defendant Priceline.com, Inc., through their respective counsel of record.

The parties have met and conferred regarding the status of the case and agree that additional time is needed to complete discovery and thereby jointly stipulate and request that the Court's May 1, 2007 Scheduling Order be modified as follows:

| Deadline/Event | Current Date | Proposed Date |
|---|---|---|
| Close of All Discovery | 6/30/2008 | 10/30/2008 |
| Last Date for Hearing Dispositive Motions | 9/8/2008 | 1/2/2009 |
| Preliminary Pretrial Conference Statements | 10/24/2008 | 2/20/2009 |
| Preliminary Pretrial Conference at 11:00 a.m. | 11/3/2008 | 3/2/2009 |

The only prior continuances in the case have related to motion hearing dates (03/14/2007 Clerk's Notice Continuing Hearing on Motion to Dismiss; 07/09/2007 Clerk's Notice Continuing Hearing on Motion for Judgment on the Pleadings.) There have been no prior modifications of the case schedule in this matter. Other than the expert witness deadlines linked to the discovery cutoff date as set forth in paragraphs 4 through 7 of the Scheduling Order, no other deadlines will be affected by these changes.

Dated:  April 9, 2008

                LUKENS LAW GROUP
                WILLIAM M. LUKENS (State Bar No. 037196)
                JENNIFER L. JONAK (State Bar No. 191323)
                LOUIS H. PUGH (SBN 208555)

                By:      /s/ Jennifer L. Jonak
                         Attorneys for Plaintiff

Dated: April 11, 2008

      SEDGWICK, DETERT, MORAN & ARNOLD LLP
      JAQCUELINE M. JAUREGUI (State Bar No. 095289)
      JAMES L. NELSON (State Bar No. 181256)


By:   /s/ James Nelson
    Attorneys for Defendant

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the case schedule established by the Court's May 1, 2007 Order is hereby modified as follows:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | 10/30/2008 |
| Last Date for Hearing Dispositive Motions | December 29, 2008 at 9:00 AM |
| Preliminary Pretrial Conference Statements | September 19, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. | September 29, 2008 at 11:00 AM |

IT IS SO ORDERED.

Dated: April 14, 2008

_____
The Honorable James Ware
United States District Judge
Northern District of California

(Stamp: IT IS SO ORDERED AS MODIFIED — Judge James Ware)