**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI (SBN 095289)
jacqueline.jauregui@sdma.com
JAMES L. NELSON (SBN 181256)
james.nelson@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
PRICELINE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE

| | |
|---|---|
| ECOMPARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C07-00236 JW (HRL)<br><br>The Honorable James Ware<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO REMOVE PRE-TRIAL CONFERENCE HEARING FROM CALENDAR**<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties hereby jointly notify the Court that they have agreed to the material terms of settlement and resolution of this action in its entirety, and are currently reducing the settlement agreement to writing. Within thirty (30) days of this notice, the parties intend to file the request for dismissal of this entire action. Accordingly, the parties jointly request the Court remove from the calendar the Preliminary Pre-Trial Conference hearing, set for September 29, 2008.

DATED: September 22, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ James L. Nelson
    JACQUELINE M. JAUREGUI
    JAMES L. NELSON
    Attorneys for Defendant, Priceline.com, Inc

-1-

LA/837290v1

C07-00236 JW(HRL)
NOTICE OF SETTLEMENT AND JOINT REQUEST TO JOINT REQUEST TO REMOVE PRE-TRIAL CONFERENCE HEARING FROM CALENDAR

DATED: September 22, 2008         NEEDHAM, DAVIS, KEPNER & YOUNG LLP

By: _____
BRAD JONES
KIRSTEN FISH
Attorneys for Plaintiff, eCompare Corporation

*** ORDER ***

In light of the parties' Notice of Settlement, the Court vacates all trial and pretrial dates. On or before **November 7, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 17, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **November 7, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 24, 2008

_____
JAMES WARE
United States District Judge

LA/837290v1