UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ECOMPARE CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. C07-00236 JW (HRL)<br><br>The Honorable James Ware<br><br>[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE<br><br>Action Filed:   January 12, 2007 |

    Pursuant to the stipulation of the parties, by and through their respective attorneys of record:

    IT IS HEREBY ORDERED that the above-captioned action is dismissed its entirety, with prejudice. Each party is to bear its own costs and attorneys fees.

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: _____ October 20, 2008 _____

                                                            _____<br>
                                                            Honorable James Ware<br>
                                                             United States District Court Judge